■ The People of the State of New York, Respondent, v Jay Robert Hoff, Appellant. [607 NYS2d 821] —Judgment unanimously affirmed. Memorandum: The contention that the trial court improperly denied defendant's motion to allow defense counsel to withdraw is without merit. Defendant failed to meet his burden of showing good cause for a substitution of counsel "such as a conflict of interest or other irreconcilable conflict with counsel" *(People v Sides,* 75 NY2d 822, 824). Defendant contends that he could no longer communicate with his attorney and that he was concerned about defense

counsel's recommendation to accept a plea offer. Those contentions are insufficient *(see, People v Willis,* 147 AD2d 727, 728, *lv dismissed* 74 NY2d 670; *People v Thornton,* 167 AD2d 935, *lv denied* 78 NY2d 1082).

We further conclude that the People have satisfied their obligation under CPL 30.30 *(see, People v Giordano,* 56 NY2d 524, 525). Under the circumstances, defendant's sentence as a persistent felony offender was not harsh or excessive. We have considered the remaining contentions, including those raised in defendant's *pro se* supplemental brief, and find them to be without merit. (Appeal from Judgment of Seneca County Court, Marks, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Pine, Fallon, Doerr and Davis, JJ.